IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MOHAMMAD ODEH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18-cv-8170 |
| | ) | |
| v. | ) | Judge Steven C. Seeger |
| | ) | |
| COOK COUNTY, et al. | ) | Magistrate Judge M. David Weisman |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff; Mohammad Odeh; and Defendants; Cook County, Thomas Dart, Lt. Beatrice Smith, Regina Bowers, Kimberly Garcia, Karen Watt, Le'Nell Watson, Kenyatta King, Jacqueline Guyton, Channel Fuller, Euwanda Parham, Linda Landers, Tanetta Pryor-Ramsey, Robin Smith and Tameka Smith, by their respective attorneys of record, that this matter has been settled pursuant to the Confidential Settlement Agreement and General Release executed by the parties on August 13, 2019, with the agreed settlement amount having been disbursed to Plaintiff and his counsel, and, therefore, Plaintiff voluntarily dismisses *with prejudice* his case against all Defendants. Each party will bear its own costs and attorneys' fees in accordance with the terms of the Confidential Settlement Agreement and General Release.

Respectfully submitted,

/s/ Daniel P. Kiss
Daniel P. Kiss
Attorney for Plaintiff
Meyer & Kiss, LLC
53 West Jackson Boulevard, Suite 1735
Chicago, Illinois 60604
(312)765-0100
dankiss@meyerkiss.com

/s/ Kevin Thomas
Kevin Thomas
Attorney for Defendants
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60602
(312)603-5669
kevin.thomas@cookcountyil.gov